**SIGNED.**

Dated: September 02, 2010



_Sarah Curley_
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT SUZENSKI, | Case No. 03-18835-SSC |
| Debtors. | |
| | ORDER SETTING HEARING |

This matter comes before the Court on an "Application for Payment of Unclaimed Funds" filed on August 3, 2010 by Piacquadio Holdings ("Claimant"). Piacquadio Holdings alleges that it is entitled to funds in the amount of $5717.74. These fund were deposited with the Court on behalf of Harold's Corral, Inc., as unclaimed funds. Piacquaido Holdings, Inc. indicates that it is the successor-in-interest to Harold's Corral Inc. Mr. Danny Piacquadio states he owns 100% of the outstanding shares of Piacquadio Holdings, Inc. According to Mr. Piacquadio the name of Harold's Corral was changed to Piacquadio Holdings, Inc, and that Piacquadio is no longer conducting business. Based upon a review Application and Electronic Docket, it is not clear to the Court whether Piacuadio Holdings is entitled to the funds. Therefore, the Court will set a hearing.

IT IS FURTHER ORDERED setting a hearing on this matter for the 9th day of November, 2010, at 11:00 a .m., in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties, including the Chapter 7 Trustee and counsel, and file an affidavit of service thereon.

SIGNED AND DATED ABOVE